UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS D. BAKER,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:13-CV-01692-JLR-BAT

**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS**

The Court, having reviewed the record and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, **ORDERS**:

1. The Court adopts the Report and Recommendation;

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). On remand, the ALJ shall reevaluate Dr. Kolden's opinions, and consider Dr. Czysz's opinion in assessing Mr. Baker's RFC, develop the record as necessary, and proceed to step five as appropriate.

DATED this 15th day of May, 2014.

JAMES L. ROBART
United States District Judge